IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MAYNEZ

        Plaintiff,

v.                                                                  No. CIV-15-92 WJ/LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 32)* filed on February 18, 2016, which recommended granting *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision* (*Doc. 23*). No party has filed objections to the *Proposed Findings and Recommended Disposition (Doc. 32)* and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 32)*; grant Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 23)*; and enter a final judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 32)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 23)* is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition (Doc. 32)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**THE HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE**